ISABELLA M. MANLEY, Appellant, *v.* HARRISON G. FISKE et al., Individually and as Executors of HENRY H. PAUL, Deceased, et al., Respondents, and MARIA L. OVERMAN et al., Appellants.

*Manley* v. *Fiske,* 139 App. Div. 665, affirmed.

(Argued February 9, 1911; decided February 28, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

July 22, 1910, which modified and affirmed as modified a judgment of Special Term sustaining the validity of a chari-. table bequest in the will of Henry H. Paul, deceased.

*J. Hampden Dougherty* for plaintiff, appellant.

*Francis Woodbridge* and *Harry David Kerr* for defendants, appellants.

*Charles E. Lydecker* for respondents.

*E. C. Crowley* for Attorney-General, respondent.

Judgment affirmed, with costs to all parties payable out of the estate; no opinion.

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.   Absent: HAIGHT, J.